# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

980 P.2d 1011

| | | | |
|---|---|---|---|
| Pelosi v. Wailea Ranch Estates | 20254 | 5/1/98 | Vacated & Remanded |
| Poe v. Rezentes | 20486 | 5/12/98 | Affirmed |
| Tanaka v. Tanaka | 18746 | 5/21/98 | Affirmed in part, Vacated in part & Remanded |
| Matsuo v. ISF Dev. Co., Ltd. | 19773 | 5/21/98 | Affirmed in part & Reversed in part |
| State v. Hayashida | 19874 | 5/27/98 | Affirmed |
| Dwyer v. Dwyer | 19401 | 5/27/98 | Affirmed |
| State v. Nguyen | 20664 | 5/27/98 | Affirmed |
| Dohmen-Ramirez v. Fries | 20476 | 5/27/98 | Vacated & Remanded |
| Matsuo v. Matsuo | 19822 | 5/27/98 | Affirmed in part, Vacated in part & Remanded |
| Brown v. Brown | 20103 | 5/27/98 | Affirmed |
| State v. Shand | 20718 | 5/28/98 | Affirmed, Vacated & Remanded |
| State v. Chung | 20634 | 5/28/98 | Reversed |
| State v. Lau | 20636 | 6/4/98 | Affirmed |
| Vega v. Vega | 20531 | 6/22/98 | Vacated & Remanded |
| First Hawaiian Bank v. Cornwall Capital, Inc. | 20089 | 6/22/98 | Vacated & Remanded |
| Assn. of Apt. Owners of Imperial Plaza v. Dillingham Const. Pacific, Ltd. | 20933 | 6/24/98 | Vacated & Remanded |
| State v. Brooks | 20523 | 8/6/98 | Vacated & Remanded |
| Bocalbos v. Kapiolani Med. Center for Women & Children | 20719 | 8/7/98 | Dismissed |
| Miller v. Mikami | 20556 | 8/19/98 | Reversed & Remanded |
| State v. Meloche | 20440 | 8/26/98 | Reversed |
| State v. Ross | 20901 | 8/27/98 | Vacated & Remanded |
| Azabu Buildings Co., Ltd. v. Fordham University | 20551 | 8/31/98 | Affirmed in part, Reversed in part, Vacated & Remanded in part |